UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| GEGEORGE LUSTER,<br><br>  Plaintiff,<br><br>vs.<br><br>WARDEN JAMES SCHOMIG, et al.,<br><br>  Defendants. | 2:04-cv-00281-LRH-LRL<br><br>ORDER |

Order (#109[1]) entered on March 12, 2009, granted and denied in part Defendants' motion for summary judgment (#84) and referred the case to U.S. Magistrate Leavitt for a settlement conference. It was further ordered that "if settlement is unsuccessful, the parties shall lodge their proposed joint pretrial order within twenty (20) days of the settlement conference." The settlement conference was held on July 9, 2009, and no settlement was reached. No proposed joint pretrial order having been filed with the Court, the parties are in violation of this Court's order. The court will allow the parties an additional twenty (20) day period from the date that this Order is entered and served to file a proposed joint pretrial order or risk suffering sanctions.

The court proposes to transfer the venue to the unofficial northern division of the District of Nevada. The parties shall have twenty (20) days from entry of this order to file any objections.

IT IS SO ORDERED.

DATED this 4th day of August, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to court's docket number.