UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| GEORGE LUSTER, | ) |
| | ) 2:04-cv-00281-LRH-LRL |
| Plaintiff, | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| WARDEN JAMES SCHOMIG, et al., | ) |
| | ) |
| Defendants. | ) |

Before the court is Plaintiff's First Motion for Enlargement of Time Requesting 60 More Days to File His Proposed Joint Pretrial Order (#124), and Defendant's Response (#126) of nonopposition to the sixty (60) day extension and a request for a seventy-five (75) day extension.

Also before the court is Defendant's Objection to Transfer of Venue (#127).  Good cause appearing, the venue of the above-entitled action shall remain in the unofficial southern division of the District of Nevada.

IT IS HEREBY ORDERED that an extension of seventy-five (75) days for the parties to file their proposed Joint Pretrial Order is GRANTED.  The parties' proposed Joint Pretrial Order is due Monday, November 9, 2009.

IT IS FURTHER ORDERED that the venue for the above-entitled action shall remain in the unofficial southern division of the District of Nevada.

IT IS SO ORDERED.

DATED this 17th day of August, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE